FLORIDA:

IN THE UNITED STATES DISTRICT COURT OF FLORIDA FOR THE SOUTHERN DISTRICT MIAMI DIVISION

FILED BY _____ D.C.
OCT 29 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

DEANDRE LOVERTURE JACKSON
                    FACTOR
V                                           Case no 1:19 cv 20341

JPAY,INC~~~~~~~~~, et al
              DEBTOR(S)

## FACTORS LIEN

Comes now DeAndre Loverture Jackson, Agent with Power of Attorney in fact of the above-style FACTOR/CREDITOR/SECURED PARTY DEANDRE LOVERTURE JACKSON, or any derivatives thereof Tax, legal and business affairs, to this Honorable Court with my Factor's Lien govern by Uniform Commercial Code 9-102(2), to keep possession of My FACTORS/FICTION/CORPORATE/SECURED PARTY DEANDRE LOVERTURE JACKSON, or any derivatives thereof, TRUST Federal income Taxes for the year(s) of 2018, and

The entire Federal TRUST Taxes of all of the offenders in the VIRGINIA DEPARTMENT OF CORRECTIONS and JPAY CORPORATION, as well as the UNITED STATES, STATE OF VIRGINIA until the Defendant(s)/DEBTOR(S), Debts with me DeAndre Loverture Jackson and DEANDRE LOVERTURE JACKSON, or any derivatives thereof are settled to meet the $64.4 million dollars I am owed by the defendants/debtors.

Also, I order in this Factor's Lien for the VIRGINIA DEPARTMENT OF CORRECTIONS. DIRECTOR Harold W. Clarke d/b/a HAROLD W. CLARKE, to transfer the savings account funds of $558.19, from my Factors/CREDITOR/SECURED PARTY DEANDRE LOVERTURE JACKSON, or any derivatives thereof into my CREDITOR

Page 1 of 2

SECURED PARTY DEANDRE LOVERTURE JACKSON, or any derivatives thereof; VIRGINIA DEPARTMENT OF CORRECTIONS SPEND ACCOUNT, so that I can disperse of my private property monies as I see fit. See Exhibit #20, of the VIRGINIA DEPARTMENT OF CORRECTIONS DAILY OFFENDER TRUST RECEIPT with the $553.59, of my private property's monies

(1) I am the preferred Creditor to this Factor Lien govern by UCC 9-301(1);

(2) I am the Factor's Agent named in this factor's Lien;

(3) I am the Factors lien creditor govern by UCC 9-301(3);

(4) The DEFENDANT(S)/DEBTOR(S) are the UNITED STATES (U.S. Corp); JPAY CORPORATION; VIRGINIA DEPARTMENT OF CORRECTIONS; DIRECTOR HAROLD W. CLARKE; STATE OF VIRGINIA, COUNTY OF HENRICO, for failing to comply to this Honorable Court's judge(s) Honorable MARCIA G. COOKE order dated AUGUST 2, 2019, govern by Local Rule 16.1(a)(2), for myself and the Defendant(s)/Debtor(s) counsel to a scheduling conference with me at least 21 days prior to the date the Joint Proposed Scheduling Order was due originally September 12, 2019. However, the defendant(s)/debtor(s) VIRGINIA DEPARTMENT OF CORRECTIONS, filed a motion for Extension of time which this honorable Court granted and then the due date to Local Rule 16.1(a)(2) was due on 9-23-2019. I still has not met the defendant(s)/Debtor(s) lawyers as of yet on this 7th day of September 2019. Thus, defendant(s)/debtor(s) are in violation of Local Rule 16.1(a)(2). Where the record(s) show that each defendant was served a copy of my summons and compliant on 7-24-2019, making the defendant(s) in default, where a Factor lien is a appropiate remedy.

(5) I, DeAndre Loverture Jackson, have file and attached my UCC1 financing statement to this factor's lien, to effectively view my security interest in the CREDITOR/SECURED PARTY DEANDRE L. JACKSON, assets, birth certificate.

I declare under penalty of perjury that the foregoing is true and correct and not misleading executed without the UNITED STATES without Prejudice UCC1-207

Page 2 of 2, Date ~~██████████~~ 10-20-2019                     DeAndre Loverture Jackson

Virginia Department of Corrections

**Offender Trust Daily Receipt**

COV\tfn63947
10/18/2019 8:32:38 AM
corissnap

Account Location:     SUSSEX I STATE PRISON FG

10/17/2019     10/17/2019

Jackson, Deandre Lovertur (1145411)     Sussex I State Prison [HU1-B-30-B]

| Beginning Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 28.38 | 25.00 | 553.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Beginning Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

| Post Date | Batch Number | Transaction Description | TC REF | Amount | Received From / Payee Name |
|---|---|---|---|---|---|
| 10/17/2019 | SXI20191017WDVCO01 | Commissary #1 - Spend | 73-511 | 19.50 - | Keefe |

| Ending Payables: | SPEND (511) | HOLD (512) | SAVINGS (513) | COMMISSARY (514) | UNCLAIMED (515) | RESERVE (516) | COURT (519) | CHILD SUPPORT (520) |
|---|---|---|---|---|---|---|---|---|
| | 8.88 | 25.00 | 553.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending Receivables: | LOANS (211) | MEDCO LOANS (212) | | | | | | |
| | 0.00 | 0.00 | | | | | | |

Exhibit # 2

DeAndre L. Jackson #1145411
Sussex I State Prison
24414 Musslewhite Drive
Waverly, Virginia 23891

Willkie D. Ferguson
U.S. Courthouse
400 North Miami Avenue
Miami, Florida 33128

RICHMOND
VA 230
22 OCT '19
PM 5 L



US POSTAGE >> PITNEY BOWES
ZIP 23891
02 4W
0000356719 OCT 22 2019
$ 000.50⁰

33128-180199

RECEIVED

OCT 29 2019
12:34 PM

USMS INSPECTED